No. 76–1599. PRYOR v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 76–1601. FOODSERVICE & LODGING INSTITUTE, INC., ET AL. v. UNITED STATES DEPARTMENT OF LABOR ET AL. C. A. D. C. Cir. Certiorari denied.

No. 76–1602. CALIFORNIA EX REL. DEPARTMENT OF TRANSPORTATION v. UNITED STATES EX REL. DEPARTMENT OF TRANSPORTATION, ET AL. C. A. 9th Cir. Certiorari denied.

No. 76–1605. SECURITY MUTUAL CASUALTY CO. v. CENTURY CASUALTY CO. C. A. 10th Cir. Certiorari denied.

No. 76–1611. SCHARF v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–1612. SCRUGGS ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–1613. FISHER v. ROBINSON. C. A. 3d Cir. Certiorari denied.

No. 76–1614. SIBLEY v. TANDY CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–1615. JOHNSTON, A MINOR, BY BRYSON ET UX., GENERAL GUARDIANS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–1617. ORDNER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–1620. HARNETT, SUPERINTENDENT OF INSURANCE OF NEW YORK v. AZZARO ET AL. C. A. 2d Cir. Certiorari denied.

No. 76–1623. FIDELITY CORP. v. REGAL WARE, INC. C. A. 4th Cir. Certiorari denied.